MMI-1         8/22/2008 9:14:55 PM    PAGE   2/003    Fax Server
Case 08-23193    Doc 1-2    Filed 09/02/08    Entered 09/02/08 10:34:03    Desc Exhibit
CERTIFICATION    Page 1 of 2

Certificate Number: 01267-ILN-CC-004743254

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 22, 2008, at 9:12 o'clock PM CDT,

Corinne M Erickson received from

Money Management International, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: August 22, 2008      By    /s/Mikhail Milburn

                                 Name   Mikhail Milburn

                                 Title    Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 01267-ILN-CC-004743255

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 22, 2008, at 9:12 o'clock PM CDT,

Jason A Erickson received from

Money Management International, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: August 22, 2008      By      /s/Mikhail Milburn

Name    Mikhail Milburn

Title    Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).