```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 23193
    JASON ALAN ERICKSON
    CORINNE MELISSA ERICKSON                    CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-9468     SSN XXX-XX-7427
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/02/08 .

2. The case was converted to Chapter 7 without confirmation, 09/26/2008.

3. The Debtor paid a total of $    461.70 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| MRC RECEIVABLES HOUSEHOL | UNSECURED | NOT FILED | .00 | .00 |
| BMG MUSIC | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA HOUSE< | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY HOSPITAL OF OT | UNSECURED | NOT FILED | .00 | .00 |
| CPS SERVICING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT AUDIT | UNSECURED | NOT FILED | .00 | .00 |
| EPIC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY ANESTHES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT AUDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NCI | UNSECURED | NOT FILED | .00 | .00 |
| CU RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS RADIOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CCB CREDIT SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| ORTHO RX INC | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL PROPERTY MG | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESSIVE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| REZIN ORTHOPEDIC CENTERS | UNSECURED | NOT FILED | .00 | .00 |

```
SBC AMERITECH              UNSECURED      NOT FILED           .00         .00
SHERWIN RITZ MD            UNSECURED      NOT FILED           .00         .00
EASTERN COLLECTION CORP    UNSECURED      NOT FILED           .00         .00
SPRINT NEXTEL              UNSECURED      NOT FILED           .00         .00
SPRINT NEXTEL              UNSECURED      NOT FILED           .00         .00
RPM COLLECTION             UNSECURED      NOT FILED           .00         .00
THE CASH STORE LTD         UNSECURED      NOT FILED           .00         .00
VERIZON WIRELESS           UNSECURED      NOT FILED           .00         .00
VITAL CARE                 UNSECURED      NOT FILED           .00         .00
     Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00          .00
PRINCIPAL PAID        .00          .00          .00          .00          .00
INTEREST PAID         .00          .00          .00          .00          .00
TOTAL PAID            .00          .00          .00          .00          .00
The Debtor's attorney, GARY R GARRETSON              , was allowed $      .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $    461.70 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```